UNITED STATES of America, Plaintiff—Appellee,

v.

Gary Gregory GRAHAM, Defendant—Appellant.

No. 03–50472.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 5, 2005.*

Decided Dec. 12, 2005.

Becky S. Walker, Esq., Scott M. Garringer, Esq., Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

Sung B. Park, Esq., Van Nuys, CA, for Defendant–Appellant.

Before: GOODWIN, W. FLETCHER and FISHER, Circuit Judges.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

MEMORANDUM **

Gary Gregory Graham appeals from his guilty-plea conviction and 30–month sentence for conspiracy, in violation of 18 U.S.C. § 371, and delivery of treasury checks, in violation of 18 U.S.C. § 510(b).

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Graham has filed a brief stating there are no grounds for relief, and a motion to withdraw as counsel of record. Graham has not filed a pro se supplemental brief.

We have conducted an independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988). We affirm the conviction. We remand the sentence for further proceedings consistent with *United States v. Ameline,* 409 F.3d 1073, 1084–85 (9th Cir.2005) (en banc).

Counsel's motion to withdraw as counsel on appeal is denied.

The conviction is AFFIRMED, and the sentence is REMANDED.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.